Gregory B. Collins (#023158)
Eric B. Hull (#023934)
Mitchell P. Reber (036209)
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kfcfirm.com
ebh@kfcfirm.com
mpr@kfcfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mira Holdings, Inc, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PaulMarius.fr, FPPM International Florent Poirier, A Foreign Corporation,<br><br>Defendants. | Case No. 2:21-cv-01293-SMB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Mira Holdings, Inc. hereby provides notice to the Court that on January 11, 2022, the parties, through counsel, came to an agreement on the terms of a settlement. The parties' agreement provides that the terms of the settlement be documented in a written settlement agreement, which the parties are working to prepare. The parties anticipate filing a notice of dismissal with prejudice of all claims and counterclaims here within 30 days.

1

DATED this 11th day of January, 2022.

                    KERCSMAR FELTUS & COLLINS PLLC

                By: *s/ Greg Collins*
                    Gregory B. Collins
                    Eric B. Hull
                    Mitchell P. Reber
                    7150 East Camelback Road, Suite 285
                    Scottsdale, Arizona 85251
                    *Attorneys for Plaintiff*