1  Gregory B. Collins (#023158)
2  Eric B. Hull (#023934)
   Mitchell P. Reber (036209)
3  KERCSMAR FELTUS & COLLINS PLLC
   7150 East Camelback Road, Suite 285
4  Scottsdale, Arizona 85251
5  Telephone: (480) 421-1001
   Facsimile: (480) 421-1002
6  gbc@kfcfirm.com
   ebh@kfcfirm.com
7  mpr@kfcfirm.com
8
   *Attorneys for Plaintiff*
9

10              IN THE UNITED STATES DISTRICT COURT
11                  FOR THE DISTRICT OF ARIZONA
12

13 | Mira Holdings, Inc, a Minnesota Corporation, | Case No. 2:21-cv-01293-SMB |
14 |                                              |                           |
15 |                  Plaintiff,                  | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
16 | vs.                                          |                           |
17 | PaulMarius.fr, FPPM International Florent Poirier, A Foreign Corporation, | |
18 |                                              |                           |
19 |                  Defendants.                 |                           |

21

22      Plaintiff Mira Holdings, Inc., by and through undersigned counsel, pursuant to
23 Federal Rule of Civil Procedure 41(a)(1)(A)(i), herby voluntarily dismisses with
24 prejudice its claims in the above-captioned action against PaulMarius.fr, FPPM
25 International Florent Poirier , with each party to bear its own attorneys' fees and costs.
26 //
27 //
28 //

1

DATED this 24th day of February 2022.

                    KERCSMAR FELTUS & COLLINS PLLC

By: *s/ Gregory Collins*
     Gregory B. Collins
     Eric B. Hull
     Mitchell P. Reber
     7150 East Camelback Road, Suite 285
     Scottsdale, Arizona 85251
     *Attorneys for Plaintiff*